**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

WALLER CORPORATION,                         :    No. 99 WM 2015
                                            :
                    Petitioner              :
                                            :
                                            :
                                            :
            v.                              :
                                            :
                                            :
WARREN PLAZA, INC.,                         :
                                            :
                    Respondent              :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 12th day of May, 2016, the Applications for Leave to File Reply are **GRANTED**. The Bill of Costs and the Application for Further Costs and Attorneys' Fees are **GRANTED**, to the extent they seek recognition of Petitioner's right to recover counsel fees. This matter is **REMANDED** to the Court of Common Pleas of Washington County to calculate the amount of counsel fees to be awarded. *See* 73 P.S. §512(b) (providing that "the substantially prevailing party in any proceeding to recover any payment under [the Contractor and Subcontractor Payment Act] shall be awarded a reasonable attorney fee").